

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-14-00766-CV

Style:        Keith Porter v. Patricia Porter

Date motion filed*:        January 2, 2015

Type of motion:        Second Motion for Extension of Time to File Brief and Pay Fees

Party filing motion:        Appellant

Document to be filed:        Evidence of Indigence or Payment of Reporter's Record & Filing Fees

Is appeal accelerated?        No

If motion to extend time:

Original due date:        10/6/14 (Filing Fee) & 10/13/14 (Reporter's Record)

Number of extensions granted:        1  Current Dates:  12/29/14 (Filing & RR)

Date Requested:        N/A

Ordered that motions are:

☑ Granted in part; if document is to be filed, document due:  January 28, 2015.

☑        No further extensions of time will be granted.
☐        Denied
☐        Dismissed (*e.g.*, want of jurisdiction, moot)
☑ Other: _____

Appellant's second motion for an extension of time to file his brief and pay the reporter's record and filing fees or to file evidence of indigence is granted because his counsel attaches evidence that she was injured in a December 18, 2014 car accident. Also, counsel states that the trial court has set a January 22, 2015 hearing on appellant's motion to set aside the November 12, 2014 order sustaining the contest to his affidavit of indigence because counsel was ill and did not receive notice of that hearing. However, no further extensions will be granted, and if appellant fails to file evidence of indigence or the filing fee by January 28, 2015, the Court may dismiss this appeal without further notice. *See* Tex. R. App. P. 42.3(c).

Judge's signature: /s/ Evelyn V. Keyes
        ☑ Acting individually        ☐ Acting for the Court

Date:  January 8, 2015

November 7, 2008 Revision